UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-4585_____ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Gregory Devon Obey_____

_____ as the

(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_____
(signature)

__Scott L. Wilkinson_____         __919-614-4944___
Name (printed or typed)                              Voice Phone

__Wilkinson & Associates, P.C.____         _____
Firm Name (if applicable)                             Fax Number

__2802 Anderson Drive_____

__Raleigh, NC 27608_____         _____
Address                                                        E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __8/7/2014_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jenifer P. May-Parker
United states Attorney's Office
310 New Bern Ave., Ste. 800
Raleigh, NC 27601

_____                         __8/7/2014_____
Signature                                                        Date

05/07/2014
SCC