# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 24, 2015

_____

NOTICE OF COPY REQUIREMENTS
(Fourth Circuit Standing Order 14-01)

_____

No. 14-4585,    <u>US v. Gregory Obey</u>
5:12-cr-00268-D-1

TO:   Gregory Devon Obey
       United States of America

COPIES DUE: 03/03/2015 from the appellant
            03/13/2015 from the appellee

The court having tentatively assigned this case for oral argument, you must file, for use by the argument panel, three additional paper copies of your briefs and appendices, including any sealed or supplemental briefs and appendices, and any addenda or attachments. The three paper copies for the argument panel are in addition to the single paper copy required by Standing Order 14-01. No ECF entry is required for paper copies, but they must be received by the court no later than 03/03/2015 from the appellant and 03/13/2015 from the appellee.

/s/ PATRICIA S. CONNOR, CLERK